UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of<br><br>Alpine Partners (BVI), LP<br>FourWorld Special Opportunities Fund, LLC<br>QVT Family Office Fund, LP<br><br>Petitioners, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 21-mc-__496__ |

### ORDER TO SHOW CAUSE

Upon the papers annexed to this Order to Show Cause, including the Application for an Order of Judicial Assistance Pursuant to 28 U.S.C. § 1782 (the "Application"), the Memorandum of Law in Support of Petitioners' Application for an Order Pursuant to 28 U.S.C. § 1782, and the Declarations of Rocco Cecere, Esquire and Burt M. Rublin, Esquire, it is hereby:

ORDERED that Respondents Duff & Phelps, LLC, Duff & Phelps Securities, LLC, and BofA Securities, Inc. ("Respondents") show cause before this Court at Courtroom _____, United States Courthouse, _____, New York, New York 10007 on the ____ day of _____, 2021 at _____ [a.m./p.m.], or as soon thereafter as counsel can be heard, why an order, under 28 U.S.C. § 1782, should not be issued in favor of Petitioners: (i) granting the Application for discovery pursuant to 28 U.S.C. § 1782; (ii) authorizing Petitioners to take discovery from Respondents, by issuing the proposed subpoenas; and (iii) directing Respondents to comply with the subpoenas issued in this case in accordance with the Federal Rules of Civil Procedure and the Rules of this Court.

ORDERED that service of this Order to Show Cause on Respondents, together with copies of the papers in support thereof, via personal delivery to Respondents, on or before _____, 2021, be deemed good and sufficient service thereof; and it is further

ORDERED that copies of oppositions, if any, shall be filed with this Court and served upon Petitioners' counsel via the Court's ECF filing system and by email to Petitioners' counsel at rublin@ballardspahr.com on or before _____, 2021.  Reply papers, if any, shall be filed on or before _____, 2021.

Dated: _____, 2021
      New York, New York

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE